IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| RICHARD RAY SLOVAK | § |
| | § |
| v. | §   CIVIL ACTION NO. G-02-838 |
| | § |
| DOUG DRETKE, DIRECTOR | § |
| TDCJ-CID | § |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on October 12, 2005. Petitioner has not filed Objections after being given ample time to do so.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Richard Ray Slovak is **DISMISSED**.

**DONE** at Galveston, Texas this 4th day of November, 2005.

_____
Samuel B. Kent
United States District Judge